UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HECTOR FELICIANO,

                Plaintiff,

         -against-

NEW YORK CITY BOARD OF
ELECTIONS; AMANDA SEPTIMO; AND
JOHN/JANE DOES 1-10,

                Defendants.

26cv3486 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 11, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    May 12, 2026
         New York, New York

                           /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
                 Chief United States District Judge